UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN THE MATTER OF THE COMPLAINT,      :

       -of-      :      7:13 Civ. 8307 (CS) (LMS)

JOJO JOHN AND ANTHONY AMENDOLA,  :
AS OWNERS OF A 19 FOOT, 1999 STING-
RAY, RECREATIONAL BOAT, FOR      :
EXONERATION FROM OR LIMITATION
OF LIABILITY,      :

       Petitioners.      :

------------------------------------------------------------x

## ORDER

This matter was discontinued by the parties on January 9, 2018. During the pendency of

the matter the undersigned issued an Order requiring the Rockland County District Attorney to

preserve all evidence in connection with a related criminal case, People v. JoJo John, (Ind. No.

481-2013), for possible use in this litigation. DE #46 dated 7/3/2014. By letter dated October

21, 2019, the Office of the District Attorney of Rockland County has requested that it be relieved

of having to retain the evidence in question, specifically, the 19 foot Stingray boat. The Court

has confirmed with a representative of the District Attorney's Office that there are no criminal

appeal proceedings pending in the related criminal case. By notice issued October 24, 2019, the

Court advised parties of the District Attorney's request and provided a method by which

objections to the District Attorney's request could be filed. No objections have been received by

the Court, and the deadline for such objections has now passed.

IT IS THEREFORE ORDERED that the preservation order issued by the Court on July

3, 2014 (see Docket Entry #46) is rescinded as of the date of this Order, and the District Attorney

of Rockland County is free to deal with the retained evidence as it sees fit, as it is no longer

needed for the instant matter.

Dated: ~~October 24,~~ November 20 2019
        White Plains, New York

                                    **SO ORDERED**

                                    Lisa Margaret Smith
                                    United States Magistrate Judge
                                    Southern District of New York

Chambers has mailed a copy of this Notice to:

Office of the District Attorney
County of Rockland
One South Main Street, Suite 500
New City, NY 10956

Attention: Stephen Moore
Executive Assistant District Attorney